AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
GREGORY RICHARD PURDY, (DOB:XXXXXXXXX) )
MATTHEW PURDY, (DOB: XXXXXXXXX) )
ROBERT TURNER, (DOB: XXXXXXXXX) )
)
)

Case: 1:21-mj-00644
Assigned To : Harvey, G. Michael
Assign. Date : 11/3/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description | Defendant |
|---|---|---|
| 18 U.S.C. §§ 231(a)(3), 2 - | Civil Disorder | Defendant Gregory Richard Purdy<br>Defendant Robert Turner |
| 18 U.S.C. §§ 111(a)(1), 2 - | Assaulting, Resisting, or Impeding Certain Officers | Defendant Gregory Richard Purdy<br>Defendant Robert Turner |
| 18 U.S.C. §§ 1512(c)(2), 2 - | Obstruction of an Official Proceeding and Aiding and Abetting; | Defendant Gregory Richard Purdy<br>Defendat Robert Turner |
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds; | Defendant Gregeory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building; | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defenadnt Robert Turner |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Demonstrating, or Picketing in a Capitol Building | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Jeng, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____11/03/2021____          _____
*Judge's signature*

City and state:          Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*