AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GREGORY RICHARD PURDY,<br>*Defendant* | Case: 1:21-mj-00644<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 11/3/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GREGORY RICHARD PURDY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. §§ 111(a)(1), 2 - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    11/03/2021

G. Michael Harvey   Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:41:07 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/3/21 , and the person was arrested on *(date)* 11/10/21
at *(city and state)*   New Windsor, NY  .

Date: 11/10/21

*Arresting officer's signature*
Brian Sherry

Brian Sherry, Special Agent FBI
*Printed name and title*