AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00644 |
| | ) Assigned To : Harvey, G. Michael |
| GREGORY RICHARD PURDY, | ) Assign. Date : 11/3/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GREGORY RICHARD PURDY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. §§ 111(a)(1), 2 - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     11/03/2021

G. Michael Harvey     Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:41:07 -04'00'
*Issuing officer's signature*

City and state:          Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/3/21 , and the person was arrested on *(date)* 11/10/21 at *(city and state)* New Windsor, NY . |
| Date: 11/10/21 |

*Brian Sherry*
*Arresting officer's signature*

*Brian Sherry , Special Agent FBI*
*Printed name and title*

Approved:      _____
               JENNIFER N. ONG
               Assistant United States Attorney

Before:        HONORABLE JUDITH C. McCARTHY
               United States Magistrate Judge
               Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :        21 Mag. 10832
          -v.-                      :        RULE 5(c)(3) AFFIDAVIT
                                    :
GREGORY RICHARD PURDY, and          :
MATTHEW PURDY,                      :
                                    :
                                    :
               Defendants.          :
                                    :
------------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss:

          BRIAN P. SHERRY, being duly sworn, deposes and says
that he is a Special Agent with the Federal Bureau of
Investigation ("FBI"), and charges as follows:

          On or about November 3, 2021 the United States
District Court for the District of Columbia (the "DDC") issued a
warrant for the arrests of "Gregory Richard Purdy," and "Matthew
Purdy" (the "Warrants"). The Warrants were based upon a
complaint charging Gregory Richard Purdy with civil disorder, in
violation of 18 U.S.C. §§ 231(a)(3)and 2; assaulting, resisting,
or impeding certain officers, in violation of 18 U.S.C. §§
111(a)(1) and 2; and obstruction of an official proceeding, in
violation of 18 U.S.C. §§ 1512(c)(2) and 2; and charging Gregory
Richard Purdy and Matthew Purdy with knowingly entering or
remaining in any restricted building or grounds without lawful
authority, in violation of 18 U.S.C. § 1752(a)(1); knowingly
engaging in disorderly or disruptive conduct in any restricted
building or grounds, in violation of 18 U.S.C. § 1752(a)(2);
disorderly conduct in a Capitol building, in violation of 40
U.S.C. § 5104(e)(2)(D); and parading, demonstrating, or

1

picketing in a Capitol building, in violation of 40 U.S.C. §
5104(e)(2)(G)(the "Complaint"). Copies of the Warrants,
Complaint, and supporting affidavit (the "Agent Affidavit") are
attached.

I believe that GREGORY RICHARD PURDY and MATTHEW
PURDY, the defendants, who were taken into FBI custody on
November 10, 2021, in the Southern District of New York, are the
same individuals as the "Gregory Richard Purdy" and "Matthew
Purdy" who are wanted by the DDC.

The bases for my knowledge and for the foregoing
charges are, in part, as follows:

1.   I am a Special Agent with the FBI.  I have been
personally involved in determining whether GREGORY RICHARD PURDY
and MATTHEW PURDY, the defendants, are the same individual as
the "Gregory Richard Purdy" and "Matthew Purdy" named in the
Warrants.  Because this Affidavit is being submitted for the
limited purpose of establishing the identity of the defendants,
I have not included in this Affidavit each and every fact that I
have learned.  Where I report statements made by others, those
statements are described in substance and in part, unless
otherwise noted.

2.   Based on my discussions with other members of law
enforcement, I know that:

a.   On or about November 10, 2021, GREGORY RICHARD
PURDY, the defendant, surrendered himself to the FBI in New
Windsor, New York. I recognized GREGORY RICHARD PURDY from the
images of Gregory Richard Purdy included in the Agent Affidavit.
GREGORY RICHARD PURDY also provided a New York State driver's
license in the name of "Gregory Richard Purdy."

b.   On or about November 10, 2021, MATTHEW PURDY, the
defendant, surrendered himself to the FBI in New Windsor, New
York. I recognized MATTHEW PURDY from the images of Matthew
Purdy included in the Agent Affidavit. MATTHEW PURDY also
provided a New York State driver's license in the name of
"Matthew Purdy."

WHEREFORE, deponent prays that GREGORY RICHARD PURDY and MATTHEW PURDY, the defendants, be bailed or imprisoned, as the case may be.

Brian P. Sherry
Special Agent
Federal Bureau of Investigation


Sworn to me on: _11-10-2021_


HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00644 |
| | ) Assigned To : Harvey, G. Michael |
| GREGORY RICHARD PURDY, | ) Assign. Date : 11/3/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GREGORY RICHARD PURDY_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. §§ 111(a)(1), 2 - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted  Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a  Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  _____11/03/2021_____          G. Michael Harvey   Digitally signed by G. Michael Harvey
                                                                      Date: 2021.11.03 22:41:07 -04'00'
                                          _____
                                                       *Issuing officer's signature*

City and state:  _____Washington, D.C._____          G. Michael Harvey, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                        *Arresting officer's signature*<br><br>                                                   _____<br>                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW PURDY<br><br>——————————————————<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:21−mj−00644**
**Assigned To : Harvey, G. Michael**
**Assign. Date : 11/3/2021**
**Description: COMPLAINT W/ ARREST WARRANT**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW PURDY _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

    18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted  Building or Grounds;
    18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a  Restricted Building or Grounds;
    40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
    40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

G. Michael Harvey

Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:43:29 -04'00'

Date:     11/03/2021 _____

*Issuing officer's signature*

City and state:     Washington, D.C. _____

G Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____ <br><br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **Case: 1:21-mj-00644** |
| GREGORY RICHARD PURDY, (DOB:XXXXXXXXX) | ) | **Assigned To : Harvey, G. Michael** |
| MATTHEW PURDY, (DOB: XXXXXXXXX) | ) | **Assign. Date : 11/3/2021** |
| ROBERT TURNER, (DOB: XXXXXXXXX) | ) | **Description: COMPLAINT W/ ARREST WARRANT** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description | Defendant |
|---|---|---|
| 18 U.S.C. §§ 231(a)(3), 2 - | Civil Disorder | Defendant Gregory Richard Purdy<br>Defendant Robert Turner |
| 18 U.S.C. §§ 111(a)(1), 2 - | Assaulting, Resisting, or Impeding Certain Officers | Defendant Gregory Richard Purdy<br>Defendant Robert Turner |
| 18 U.S.C. §§ 1512(c)(2), 2 - | Obstruction of an Official Proceeding and Aiding and Abetting; | Defendant Gregory Richard Purdy<br>Defendat Robert Turner |
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds; | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building; | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Demonstrating, or Picketing in a Capitol Building | Defendant Gregory Richard Purdy<br>Defendant Matthew Purdy<br>Defendant Robert Turner |

This criminal complaint is based on these facts:

See attached statement of facts.

   ☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Jeng, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 11/03/2021 _____

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:46:46 -04'00'
*Judge's signature*

City and state: _____ Washington, D.C. _____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Michael Jeng, is a Special Agent of the Federal Bureau of Investigation ("FBI") and has been an agent since June 2, 2017. I am assigned to a squad that investigates organized criminal enterprises. As a Special Agent of the FBI, I received training in investigating violations of federal statutes, including those regarding bank fraud, mail fraud, wire fraud, and money laundering. I have participated in a number of investigations regarding criminal enterprises and financial crimes, both as a Special Agent and as a Staff Operations Specialist for the FBI. I have also conducted physical and electronic surveillance, researched tactical and strategic criminal enterprise intelligence, and analyzed records of fraudulent activity. As a Special Agent, I am authorized to investigate violations of laws of the United States and am authorized to execute warrants issued under the authority of the United States.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. At around 1:00 p.m. EST, known and unknown individuals broke through the police lines, toppled the outside barricades protecting the U.S. Capitol, and pushed past USCP and supporting law enforcement officers there to protect the U.S. Capitol. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

On or about January 11, 2021, a member of the public ("WITNESS 1") sent several videos to the FBI that WITNESS 1 had taken of video clips that had been posted to the Instagram account GREGG54321. The clips appeared to depict several individuals participating in the U.S. Capitol riot and incursion on January 6, 2021. They also included several written narratives claiming that the user of GREGG54321 had entered the U.S. Capitol on that day with other members of his party. From my training and experience, I know that Instagram users can post video clips and written narratives to their accounts. Instagram users can also include comments on their video clips as well. WITNESS 1 informed the FBI that the user of GREGG54321 was GREGORY RICHARD PURDY (PURDY), and that PURDY can be seen in the videos as the Caucasian male with blond hair carrying a backpack and wearing a red, white, and blue jacket, jeans, and occasionally a red hat (see Figure 1).



*Figure 1*

The FBI watched the videos and observed a clip that appeared to show PURDY at the head of a bus with the caption "Will be in DC in 1 hour!" (see Figure 2).

2



*Figure 2*

In a second clip, PURDY can be seen walking down what appeared to be an area of Washington, D.C. and addressing the viewer, "Listen brothers and sisters, we come in peace today. But I swear to God, if the Antifa touches me, or my family, I'll headbutt them in the f------ [inaudible] bro. Straight elbow, left hook" (see Figure 3). PURDY simultaneously makes motions that appear to simulate striking someone. Another individual, who appeared to be an older Caucasian male wearing a blue jacket, can also be seen in the clip (see Figure 4). PURDY addresses this individual as "dad". The FBI conducted research on open source databases and social media and learned that PURDY's father is Gregory Purdy-Schwartz (Purdy-Schwartz). Images of Purdy-Schwartz found online appeared to resemble the individual that PURDY addressed as "dad" as well, leading the FBI to believe that this individual was Purdy-Schwartz.

3





*Figure 3*                              *Figure 4*

        In a third clip, PURDY can be seen in what appeared to be a street in Washington, D.C. addressing the viewer, "We're not letting this steal happen. We're not letting this travesty against democracy happen, because that's what it is. We're going to the Capitol right now, we're marching there . . ." (see Figure 5). In a fourth clip, which appeared to be a continuation of the third clip, the camera panned to show that when PURDY said this, he was in the immediate vicinity of an intersection that appeared to be adjacent to the National Museum of African American History and Culture, a Smithsonian museum located at 1400 Constitution Ave, NW, Washington, D.C. 20560.



*Figure 5*

In a fifth clip, the FBI observed an unknown younger Caucasian male ("PERSON 1") wearing a tan jacket, backpack, jeans, and blue facemask (see Figure 6). In a sixth clip, the FBI observed another unknown older Caucasian male ("PERSON 2") that had facial hair and wore a dark blue hooded sweatshirt and a dark blue cap speaking to PURDY (see Figure 7).



*Figure 6*



*Figure 7*

In a seventh clip, the account user of GREGG54321 posted a narrative that read, "I got my Ass kicked by 10 cops, pepper sprayed, tear gassed, and a ripe ass beating with the Batons . . . More info to come! Videos of inside the capital building with @mattcpurdy and @bobtheplumbr1982 . . . I LOVE MY COUNTRY!!!!! STOP THE STEAL!!!!" (see Figure 8). I know from my training and experience that Instagram users can tag other Instagram accounts with the "@" symbol, indicating that MATTCPURDY and BOBTHEPLUMBR1982 were two other Instagram accounts.



*Figure 8*

In an eighth clip, the account user posted a narrative that read in part, "Today was about taking our democracy back! We have undisputed evidence of major voter fraud . . ." (see Figure 9).



*Figure 9*

In a ninth clip, PURDY posted a narrative that read in part, "Today my group and I were key players in conducting peaceful pushes. The game plan was to talk the officers [sic] and tell the [sic] to STOP FOLLOWING ORDERS AND UPHOLD THE CONSTITUTION. . . . When they didn't listen we pushed through (without hitting them of course) we did these peaceful pushes all the way into the capital [sic] building . . ." (see Figure 10).



*Figure 10*

In a tenth clip, an individual that appeared to be PURDY can be seen amongst a crowd of protestors yelling at what appeared to be several Metropolitan Police Department (MPD) officers outside the U.S. Capitol. PURDY also appeared to post a comment in this clip that stated in part, ". . . this was an intense moment !!!! (I'm to the left . . .)" (see Figure 11). In an eleventh clip, which appeared to be a continuation of the tenth clip, PURDY appeared to post a comment that stated, "Peep my war cry at the end as we push through this riot team after they didn't listen to us . . ." (see Figure 12).



*Figure 11*



*Figure 12*

In a twelfth clip, PURDY can be seen standing amongst a group of protestors on what appeared to be an elevated outdoor area of the U.S. Capitol grounds. In the clip, PURDY stated, "Right now we're on top of the Capitol. Everybody stormed through. We're the second wave coming in. Look at what they're f------ doing bro . . . [at this point, the clip panned to the ground to show what appeared to be blood stains]." The clip also included a comment that stated, "This was just after the last video after we successfully got through their first force !!! Look at the f------ blood on the ground . . ." (see Figure 13). PURDY also stated in this clip, "It's raining tear gas, it's raining pepper spray, we're not going to let them do this to us. It's f------ b---s---." The clip then panned to show PERSON 2, who stated, "It's b---s---." When PERSON 2 entered frame, the clip then included a comment that read in part, "Me and my uncle always got each other's back lol! . . . @bobtheplumbr1982 . . . " (see Figure 14). This led the FBI to believe that PERSON 2 was the user of the Instagram account BOBTHEPLUMBR1982.

10



*Figure 13*



*Figure 14*

In a thirteenth clip, PURDY can be seen amongst a group of rioters outside what appeared to be the U.S. Capitol. The rioters appeared to be moving towards the Capitol and stepped over what appeared to be barricades that had fallen over. A comment in this clip read, "This was just after we pushed the top level gates over. The cops were swinging their batons trying to keep us back. (Like 30 of them) But after talking to them telling them to "UPHOLD THE CONSTITUTION" that helped a lot because instead of fighting us super hard like the last ones on the previous slide we easily pushed through them and they all ran !!!" (see Figure 15).



*Figure 15*

In a fourteenth clip, there is a post that appears to be footage taken from inside the U.S. Capitol. Other rioters could be seen in the background. PURDY included a comment that read in part, "Inside the capital [sic] getting tear gassed!" (see Figure 16).



*Figure 16*

In a fifteenth clip, PURDY posted a narrative that read in part, "Will post more footage from inside the capital [sic] tomorrow afternoon . . . Ill [sic] also talk about how I got out of it with NO CHARGES and nothing on my record and got out of DC without being in a jail cell (Yes you read that right!!!!) . . . p.s. if your [sic] wondering why I'm so open about this it's because I DON'T GIVE A F--- . . . " (see Figure 17).



*Figure 17*

The FBI obtained body camera footage from two MPD officers that had been deployed to protect the U.S. Capitol on January 6, 2021. The first officer's footage appeared to show PURDY, Purdy-Schwartz, PERSON 1, and PERSON 2 amongst a group of protestors standing opposite of the officers (see Figures 18 and 19). PURDY, Purdy-Schwartz, and PERSON 2 could be seen yelling at the officers, while PERSON 1, now wearing a gray cap, appeared to film the interaction with a red cellphone (see Figure 19). At one point, PURDY appeared to be yelling, "You gotta let us by . . . You don't have to listen to them . . . tell your guys . . ." Purdy-Schwartz appeared to yell, "You're going to have to make a decision . . ." The crowd then appeared to push forward against the officers and Purdy-Schwartz can be seen making contact with an officer (see Figure 20). In the same video, PERSON 1 gets extremely close to police officers and appears to be pushing up against the police line (see Figure 20). The second officer's footage also showed this sequence of events and showed that when the crowd pushed forward it appeared that PURDY made contact with an officer as well (see Figure 21, in which PURDY's red, white, and blue jacket can be seen on the right). That video also shows PERSON 1 as part of the crowd that is pushing against the police line (see Figure 21, in which PERSON 1 is the individual with the tan jacket). PERSON 1 appears to be filming these interactions with his cell phone. Both officers' footage showed that these events occurred on January 6, 2021 from approximately 2:01pm to 2:02pm.



*Figure 18*



*Figure 19*



*Figure 20*



*Figure 21*

The FBI obtained footage from surveillance cameras located inside the U.S. Capitol. The footage was taken on January 6, 2021. One camera located in the Senate wing showed that PURDY, PERSON 1, and PERSON 2 appeared to enter the Capitol at approximately 2:13pm on this day amongst a crowd of protestors (see Figure 22). They did so after several protestors broke what appeared to be a window, entered the building, and then kicked open a door that allowed other protestors, including PURDY, PERSON 1, and PERSON 2, to enter through. Additional footage showed that these three appeared to remain in the Capitol until at least 2:16pm. (see Figures 23 and 24).

16



*Figure 22*



*Figure 23*

17



*Figure 24*

The FBI obtained footage from the body cameras of three additional MPD officers (OFFICER 1, OFFICER 2, and OFFICER 3) that had been deployed to protect the U.S. Capitol on January 6, 2021. OFFICER 1's footage showed that at approximately 3:24pm, PURDY and PERSON 2 appeared to stand opposite of the MPD officers amongst a group of protestors at an area outside of the Capitol building (see Figure 25). PURDY could be heard saying to the officers, "We're on the same team. You don't have to take these orders." PERSON 2 said to the officers, "Stop taking orders. We're not here – we're not here to kill or hurt anybody, we're making our voice heard. You should be behind us." PURDY later said to the officers, "Are you guys going to let us in, or are we gonna have to push in?" At various times, PURDY appeared to wave others in the crowd behind him to move forward. At approximately 3:30pm, PURDY yelled to the crowd, "Guys, we all gotta go at once." PURDY then counted down from ten to one: upon reaching one, PURDY then ran forward into OFFICER 1 and pushed his way past the police line (see Figure 26). Several MPD officers, including OFFICER 1, chased PURDY and restrained him. Footage from OFFICER 2's body camera showed that after PURDY ran forward, PERSON 2 followed by also running forward and pushing against the officers (see Figure 27, where PERSON 2 can be seen on the right). Footage from OFFICER 3's body camera showed that when PERSON 2 ran forward, PERSON 2 pushed into OFFICER 3 in an attempt to get past OFFICER 3 (see Figure 28).



*Figure 25*



*Figure 26*



*Figure 27*



*Figure 28*

OFFICERs 1, 2, and 3 were interviewed by the FBI. When interviewed, the FBI showed them still shots of PURDY and PERSON 2 taken from their respective body camera footages. The still shots encompassed the actions of PURDY and PERSON 2 at or about 3:30pm, when they attempted to push past the officers. OFFICER 1 recognized PURDY as the individual that conducted a countdown before running into him (OFFICER 1) and other officers. OFFICER 1 confirmed that he was involved with restraining PURDY. OFFICER 2 also recognized PURDY and confirmed that PURDY had attempted to push past officers. OFFICER 3 recognized PERSON 2 and confirmed that PERSON 2 had pushed into him (OFFICER 3) after PURDY had conducted the countdown.

The FBI issued a subpoena to Facebook, Inc. (the company that owns Instagram) for subscriber information pertaining to the Instagram accounts GREGG54321, MATTCPURDY, and BOBTHEPLUMBR1982. The results showed that GREGG54321 was registered with the email address ███████@gmail.com" and the telephone number ███████-0998. It also appeared to be linked to another Instagram account called SOCIALMEDIABREAK123. The account MATTCPURDY was registered with the email address ███████@gmail.com" and the telephone number ███████5977. The account BOBTHEPLUMBR1982 was registered under the name "Bob Turner". Open source research showed that the numbers ███████ 0998 and ███████5977 were associated with PURDY and MATTHEW PURDY (MATTHEW), respectively.

The FBI obtained photographs of TURNER from the New York's Department of Motor Vehicles (DMV) as well as booking photographs from two police departments located in New York of TURNER from when he was arrested by them and compared it to the footage of PERSON 2. From these comparisons, the FBI believes that PERSON 2 is TURNER.

The FBI interviewed WITNESS 1 multiple times. WITNESS 1 stated that he/she had personally interacted with PURDY and MATTHEW in the past and was able to recognize their images and voices. WITNESS 1 had never interacted with Purdy-Schwartz before but had seen him on social media accounts belonging to PURDY and MATTHEW and knew him to be their father. WITNESS 1 was shown footage from the MPD officers' body cameras, the U.S. Capitol surveillance cameras, and from Instagram account GREGG54321.

WITNESS 1 confirmed that PURDY was the individual in Figures 1, 2, 3, 5, 11, 13, and 15. WITNESS 1 also identified PURDY as the individual with the red, white, and blue jacket in Figure 18, Figure 19, the middle of Figure 22, Figure 23, and Figure 24. In addition, WITNESS 1 identified PURDY as the individual wearing the red, white, and blue jacket and pulling his mask down in Figure 25 as well as the individual running towards the camera in Figure 26.

WITNESS 1 further confirmed that PERSON 1 was MATTHEW. WITNESS 1 identified MATTHEW as the person shown in Figure 6. WITNESS 1 further identified MATTHEW as the person wearing a gray hat and blue mask in Figure 18, and the individual on the far left of Figure 19 wearing a gray hat and holding a red cellphone. WITNESS 1 also identified MATTHEW as the individual with the tan jacket holding the red cellphone, and standing behind PURDY, in Figure 22. WITNESS 1 identified the man with the tan jacket in Figure 24 as MATTHEW.

WITNESS 1 identified Purdy-Schwartz as the individual in Figure 4. WITNESS 1 stated that Purdy-Schwartz was the individual wearing the red hat with a mask on his chin, on the right portion of Figure 19. WITNESS 1 further identified Purdy-Schwartz as the individual with the mask on his chin in Figure 20.

WITNESS 1 also informed the FBI that following the January 6, 2021 events, PURDY appeared to de-activate his GREGG54321 Instagram account and instead appeared to use the account SOCIALMEDIABREAK123.

Law enforcement interviewed WITNESS 2. WITNESS 2 was an individual that had personally interacted with TURNER in the past and could recognize his voice and image. WITNESS 2 was shown footage from the MPD officers' body cameras, the U.S. Capitol surveillance cameras, and from Instagram account GREGG54321. WITNESS 2 confirmed that TURNER was pictured in Figure 7. WITNESS 2 also confirmed that TURNER was the Caucasian individual in Figures 19 and 25 with a goatee and wearing what appeared to be a blue knit cap with "TRUMP" displayed on it.

On March 22, 2021, the FBI executed a search warrant (21-SC-953) on Facebook, Inc. The warrant targeted the Instagram accounts GREGG54321, MATTCPURDY, and BOBTHEPLUMBR1982. Upon receiving the results of the search warrants, the FBI requested a filter team to review the results for GREGG54321 and to omit any information that appeared to be privileged, as the FBI was aware that PURDY had retained legal counsel as a result of this investigation. Upon the completion of the filter review, your affiant reviewed the filtered results. Below is information discovered that pertains to this investigation.

GREGG54321:

    a. A screenshot was discovered that appeared to show the results of an Internet search of a quote supposedly said by Benjamin Franklin. The quote sad, "We need a revolution every 200 years, because all governments become stale and corrupt after 200 year…" Above this was an Instagram poll that appeared to have been added by the user asking, "Do you agree?" with the options to check yes or no (see Figure 29). From training and experience, I know that Instagram users can add polls such as this to their content for other Instagram users to take.



*Figure 29*

    b. image of what appeared to be a flyer advertising President Donald Trump's speech on January 6, 2021 was found with a message that appeared to have been added by the user that stated, "On my way to D.C now…will be on live later !!" (See Figure 30).



Figure 30

c. A series of videos were discovered that appeared to show PURDY and TURNER sitting in the back seats of a vehicle as it drove at night. They appeared to discuss the January 6 events, specifically their interactions with law enforcement. The footage appeared to be taken by a cellphone camera in PURDY's hands. Specific quotes include:

    i. PURDY said to an unknown individual driving the vehicle, "Hold on, what did you just say? Just repeat that." The driver replied, "No, I'm not saying it because I know you're recording." PURDY then said, "No, you just f------ said that this is the song you thought of when we were going into the Capitol. Turn this up. It's the f------ Halo theme song." Of note, the driver appeared to be wearing a tan jacket similar to that which MATTHEW was wearing that day. The camera was also recording the display console at the front of the vehicle, which showed the time to be 10:48. This led your affiant to believe that the videos were likely taken the evening of January 6, as PURDY and his party were driving home from Washington, D.C.

    ii. PURDY said to TURNER, "We're getting everybody pumped up…six, five, four, three, two…" and TURNER said, "When you hit one, I turned around and I bum rushed them. I knew you were bum rushing them too."

    iii. PURDY said, "Like if your government does not follow the law and undermines democracy…wouldn't force be kind of necessary?

    iv. PURDY said, "Given those circumstances, it's our job to uphold the Constitution and do a f------ rebellion." TURNER replied, "I called for a revolution, yes. A revolution."

    v. PURDY said, "We had enough people, they just weren't scrunched up enough. If you had people, and there's space between the people, by the time those first people go, the thirty f------ cops come in and they stop

24

them, that's what happened." TURNER could be heard throughout agreeing with PURDY.

    vi.    PURDY said, "There needs to be the right hearings, a special counsel, something has to be done and today was a huge step toward it."

    vii.    PURDY said to the camera, "That's just a brief f------ story of what happened. We'll tell the full thing tomorrow, but it was epic as f---, today was epic."

d.  Two images were found that appeared to be screenshots taken of GREGG54321's account. The first (see Figure 31) appeared to show a notification from Instagram that some of the content involving the January 6 events would be removed for violating Instagram's policies. The second (see Figure 32) appeared to be a message from the account user stating, "Instagram took down half my stories!!! B---s---!!"



Figure 31                       Figure 32

BOBTHEPLUMBR1982:

    a. A video was found that appeared to show a crowd of protesters standing opposite of a line of police officers outside the U.S. Capitol building. The video appeared to have been taken by a cellphone and indicated that the cellphone holder was standing amongst the crowd. Your affiant recognized some of the protestors from the body camera footage from OFFICERs 1, 2, and 3 from when PURDY and TURNER ran into OFFICERs 1 and 3 at approximately 3:30pm. The name tags of OFFICERs 1, 2, and 3 could also be seen in the video.

    b. A second video was found that showed PURDY and MATTHEW standing on what appeared to be an elevated outdoor area of the U.S. Capitol grounds amongst other protestors. MATTHEW was filming PURDY with a cellphone while PURDY spoke. PURDY could be heard saying, "We're not going to let them do this to us. It's f------ b--- s---." TURNER's voice can then be heard saying, "It's b--- s---." This video appeared to depict events described earlier in this affidavit regarding Figures 13 and 14 from TURNER's perspective.

Based on the foregoing, your affiant submits that there is probable cause to believe that GREGORY RICHARD PURDY and ROBERT TURNER violated 18 U.S.C. § 231(a)(3) and 18 U.S.C. § 2, which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of 18 U.S.C. § 231, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

There is probable cause to believe that GREGORY RICHARD PURDY and ROBERT TURNER violated 18 U.S.C. § 111(a)(1) and 18 U.S.C. § 2, which makes it a crime for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any United States law enforcement officer while that officer is /.engaged in the performance of their official duties.

There is probable cause to believe that GREGORY RICHARD PURDY and ROBERT TURNER violated 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 2, which makes it a crime to corruptly obstruct, influence, or impede any official proceeding, or attempt to do so and aiding and abetting. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

There is probable cause to believe that GREGORY RICHARD PURDY, ROBERT TURNER, and MATTHEW PURDY violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a

posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that GREGORY RICHARD PURDY, ROBERT TURNER, and MATTHEW PURDY violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

MICHAEL JENG
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of November, 2021

G. Michael Harvey

Digitally signed by G. Michael Harvey
Date: 2021.11.04 08:57:44 -04'00'

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

27

Duration: 30 Minutes

Proceeding via: ☐ Court call ☐ AT&T

DOCKET No. 21mj10832

DEFENDANT Gregory Purdy and Matthew Purdy

Joseph Vita (CJA) for Matthew Purdy

AUSA Jennifer Ong

DEF.'S COUNSEL Ben Gold for Gregory Purdy

☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA   ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☑ Rule 5(c)(3)   ☐ Detention Hrg.

DATE OF ARREST _____   ☑ VOL. SURR.

TIME OF ARREST _____   ☐ ON WRIT

☐ Other: _____

TIME OF PRESENTMENT 2:15pm

---

**BAIL DISPOSITION**

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION:  RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB   ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendants were advised of their rights and the charges against them. Identity hearings waived. Ben Gold  was
appointed to represent Gregory Purdy. Joseph Vita was appointed to represent Matthew Purdy. Defendant released on
agreed-upon conditions of bail. See appearance bonds and orders setting conditions of release.

(Courtflow: 30 minutes)

---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: 12/8/21   ☑ ON DEFENDANT'S CONSENT

**DATE:** 11/10/21

Judith C. McCarthy

**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  21 MJ 10832 |
| **Gregory Richard Purdy** | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Gregory Richard Purdy _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )    to appear for court proceedings;
      ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
      ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of   $ 75,000.00 _____ .   Cosigned by 2 FRP by November 17, 2021

(   ) (3)  This is a secured bond of _____ , secured by:

    (   ) (a)  _____ , in cash deposited with the court.

    (   ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's Signature*  Gregory Richard Purdy

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's Signature*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   21 MJ 10832 |
| **Gregory Richard Purdy** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

<em>Place</em>

_____

on   _____

<em>Date and Time</em>

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )   (6)   The defendant is placed in the custody of:
      Person or organization _____
      Address *(only if above is an organization)* _____
      City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                     Signed: _____     _____
                                        *Custodian*                                  *Date*

( ☑ )   (7)   The defendant must:
      ( ☑ )   (a)   submit to supervision by and report for supervision to the   PRETRIAL SERVICES FOR   ☐ Regular;   ☐ Strict;   ☑ As Directed
               telephone number _____, no later than _____.
      ( ☐ )   (b)   continue or actively seek employment.
      ( ☐ )   (c)   continue or start an education program.
      ( ☑ )   (d)   surrender any passport to:   PRETRIAL SERVICES
      ( ☑ )   (e)   not obtain a passport or other international travel document.
      ( ☑ )   (f)   abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY
               and the District of Columbia for Court purposes or meetings with counsel only, and DNJ and DCT for work purposes only
      ( ☐ )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
               including: _____
      ( ☑ )   (h)   get medical or psychiatric treatment:   as directed by Pretrial
      ( ☐ )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
               or the following purposes: _____
      ( ☐ )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
               necessary.
      ( ☑ )   (k)   not possess a firearm, destructive device, or other weapon.
      ( ☐ )   (l)   not use alcohol ( ☐ ) at all ( ☐ ) excessively.
      ( ☑ )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
               medical practitioner.
      ( ☑ )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
               random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
               prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
               of prohibited substance screening or testing.
      ( ☑ )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
               supervising officer.
      ( ☐ )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
               ( ☐ )   (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as
                        directed by the pretrial services office or supervising officer; or
               ( ☐ )   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                        medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                        activities approved in advance by the pretrial services office or supervising officer; or
               ( ☐ )   (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                        court appearances or other activities specifically approved by the court; or
               ( ☐ )   (iv)   **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                        you must comply with the location or travel restrictions as imposed by the court.
                        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                          Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)    Voice Recognition; or
        ( ☐ ) (iii)   Radio Frequency; or
        ( ☐ ) (iv)   GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  See below

Surrender and/or transfer ownership of any firearms and weapons at the defendant's residence no later than November 17, 2021 and provide confirmation to Pretrial Services

Defense Counsel Name: Ben Gold

Defense Counsel Telephone Number:

Defense Counsel Email Address:

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **Gregory Richard Purdy**                    Case No.  21 MJ 10832

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date:  11/10/21

_____
*Defendant's Signature* Gregory Richard Purdy

Hopewell junction  NY
_____
*City and State*

☐ **DEFENDANT RELEASED**

## Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  11-10-2021

_____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

# U.S. District Court
## Southern District of New York (White Plains)
## CRIMINAL DOCKET FOR CASE #: 7:21-mj-10832-UA All Defendants

Case title: USA v. Purdy et al                     Date Filed: 11/10/2021

---

Assigned to: Judge Unassigned

**Defendant (1)**

**Gregory Richard Purdy**                represented by    **Benjamin David Gold**
                                                          Federal Defenders of New York Inc. (White
                                                          Plains)
                                                          300 Quarropas Street
                                                          White Plains, NY 10601
                                                          914-355-8077
                                                          Email: ben_gold@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

18:231.F----CIVIL DISORDER

---

Assigned to: Judge Unassigned

**Defendant (2)**

**Matthew Purdy**                        represented by    **Joseph A. Vita**
                                                          Joseph A. Vita
                                                          52 Irenhyl Avenue

Port Chester, NY 10573
914-939-5401
Email: joev63542@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

18:231.F----CIVIL DISORDER

---

**Plaintiff**

**USA**                          represented by **Jennifer Ong**
                                                DOJ-USAO
                                                300 Quarropas Street
                                                White Plains, NY 10601
                                                914-993-1926
                                                Email: jennifer.ong@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2021 | 1 | RULE 5(c)(3) AFFIDAVIT of Brian P. Sherry, Special Agent, FBI, from the United States District Court - Southern District of New York, as to Gregory Richard Purdy, Matthew Purdy. (Signed by Magistrate Judge Judith C. McCarthy on 11/10/2021) (ap) (Entered: 11/12/2021) |
| 11/10/2021 | | Arrest (Rule 5(c)(3)) of Gregory Richard Purdy, Matthew Purdy. (ap) (Entered: 11/12/2021) |
| 11/10/2021 | | Rule 5(c)(3) Documents Received as to Gregory Richard Purdy, Matthew Purdy from the United States District Court - District of Columbia. (ap) (Entered: 11/12/2021) |
| 11/10/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Judith C. McCarthy:Initial Appearance in Rule 5(c)(3) Proceedings as to Gregory Richard Purdy, Matthew Purdy held on 11/10/2021. Appearance entered by Benjamin David Gold for Gregory Richard Purdy, Joseph A. Vita for Matthew Purdy on behalf of defendant. Bond Hearing as to Gregory |

| | | |
|---|---|---|
| | | Richard Purdy, Matthew Purdy held on 11/10/2021. Jennifer Ong for the Government. BAIL DISPOSITION: AGREED CONDITIONS OF RELEASE. The defendants were advised of their rights and the charges against them. Identity hearings waived. Ben Gold was appointed to represent Gregory Purdy. Joseph Vita was appointed to represent Matthew Purdy. Defendant released on agreed-upon conditions of bail. See appearance bonds and orders setting conditions of release. IDENTITY HEARING IN SDNY WAIVED. Preliminary hearing 12/8/21 on Defendant's consent. (Court Reporter Courtflow) (ap) Modified on 11/12/2021 (ap). (Entered: 11/12/2021) |
| 11/10/2021 | | CJA 23 Financial Affidavit by Matthew Purdy. APPROVED. (Signed by Magistrate Judge Judith C. McCarthy) (ap) (Entered: 11/12/2021) |
| 11/10/2021 | | CJA 23 Financial Affidavit by Gregory Richard Purdy. APPROVED. (Signed by Magistrate Judge Judith C. McCarthy) (ap) (Entered: 11/12/2021) |
| 11/10/2021 | 3 | UNSECURED APPEARANCE BOND Entered as to Matthew Purdy in amount of $50.000.00; ADDITIONAL CONDITIONS OF RELEASE. The defendant must: submit to supervision by and report for supervision to the PRETRIAL SERVICES As Directed. surrender any passport to: PRETRIAL SERVICES; abide by the following restrictions on personal association, residence, or travel: SDNY/EDNY and the District of Columbia for court appearances or meetings with counsel only and DNJ and DCT for work purposes only; not possess a firearm, destructive device, or other weapon; not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner: See Below; Surrender and/or transfer ownership of any firearms and weapons at the defendant's residence no later than November 17, 2021 and provide proof to Pretrial Services. (ap) (Entered: 11/12/2021) |
| 11/10/2021 | | RULE 5(c)(3) DOCUMENTS SENT via email as to Gregory Richard Purdy, Matthew Purdy from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with documents numbered 1-4, copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. (ap) (Entered: 11/12/2021) |
| 11/12/2021 | 4 | UNSECURED APPEARANCE BOND Entered as to Gregory Richard Purdy in amount of $75,000.00; Cosigned by 2 FRP by November 17, 2021. ADDITIONAL CONDITIONS OF RELEASE: The defendant must: submit to supervision by and report for supervision to the PRETRIAL SERVICES As Directed; surrender any passport to: PRETRIAL SERVICES; not obtain a passport or other international travel document; abide by the following restrictions on personal association, residence, or travel: SDNY/EDNY and the District of Columbia for Court purposes or meetings with counsel only, and DNJ and DCT for work purposes only; get medical or psychiatric treatment: as directed by Pretrial; not possess a firearm, destructive device, or other weapon; not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer; See below: Surrender and/or transfer ownership of any firearms and weapons at the defendant's residence no later than November 17, 2021 and provide confirmation to Pretrial Services. (ap) (Entered: 11/12/2021) |