**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO.: 1:21-MJ-644** |
| **GREGORY RICHARD PURDY, Jr.,** | : | |
| **ROBERT TURNER,** | : | |
| **MATTHEW PURDY,** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e), if applicable to this case. The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to codefendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion and counsel do not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney (Detailee)
NE Bar No. 19248
1620 Dodge Street, #1400
Omaha, Nebraska  68102
Office: 402-661-3715
susan.lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December _____, 2021, I served a copy of this pleading on

the parties to this matter as indicated in the Court's Electronic Case Files system.

_/s/Susan T. Lehr_____
Assistant United States Attorney