**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO.: 1:21-MJ-644** |
| **GREGORY RICHARD PURDY, Jr.,** | : | |
| **ROBERT TURNER,** | : | |
| **MATTHEW PURDY,** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective

order governing the production of discovery by the parties in the above-captioned case.  The United

States and counsel for Defendant have reached an agreement as to the proposed protective order.

Therefore, the United States is authorized to represent to the Court that Defendant does not oppose

this motion or the entry of the attached protective order.


Respectfully submitted,                                    MATTHEW M. GRAVES
                                                                       United States Attorney
                                                                       DC Bar No. 481052

                                                                By:*/s/ Susan T. Lehr*
                                                                       SUSAN T. LEHR
                                                                       Assistant United States Attorney (Detailee)
                                                                       NE Bar No. 19248
                                                                       1620 Dodge Street, #1400
                                                                       Omaha, Nebraska  68102
                                                                       Office: 402-661-3715
                                                                       susan.lehr@usdoj.gov

**CERTIFICATE OF SERVICE**

On this _____ day of December 2021, a copy of the foregoing was served on was served

upon all parties listed on the Electronic Case Filing (ECF) System.


By: */s/ Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney